IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 05-cv-02602-MSK-PAC

GWEN BROWN,

        Plaintiff,

v.

FOX SPORTS NET ROCKY MOUNTAIN, LLC, a Delaware corporation,

        Defendant.

_____

## ORDER OF RECUSAL
_____

**THIS MATTER** comes before the Court *sua sponte*.

Pursuant to D.C. Colo. L. Civ. R. 40.1(E), the undersigned hereby recuses herself from this case, on the grounds that a member of her staff is associated with a member of the Plaintiff's law firm.

The Clerk of the Court is directed to reassign this case to another District Judge.

Dated this 6th day of January, 2005

                              **BY THE COURT:**

                              *[signature: Marcia S. Krieger]*
                              _____

                              Marcia S. Krieger
                              United States District Judge