IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  05-cv-02602-WYD-PAC

GWEN BROWN,

      Plaintiff(s),

v.

FOX SPORTS NET ROCKY MOUNTAIN, LLC,

      Defendant(s).

_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**

      IT IS HEREBY **ORDERED** that the Unopposed Motion to Stay Response Date for Outstanding Discovery Requests Pending Mediation dated May 8, 2006 (doc. 22) is granted in part and denied in part.  If mediation is not successful, responses to the subject discovery are due on or before June 5, 2006.

Dated:  May 10, 2006