IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  05-cv-02602-WYD-PAC

GWEN BROWN,

    Plaintiff,

v.

FOX SPORTS NET ROCKY MOUNTAIN, LLC,

    Defendant.

**ORDER**

THIS MATTER is before the Court on the Joint Motion for Dismissal With Prejudice filed May 31, 2006.  The parties seek therein to dismiss the case based on the fact that a settlement has been reached.  The Court, having reviewed the motion and being fully advised in the premises,

ORDERS that the Joint Motion for Dismissal With Prejudice is **GRANTED**, and this case is **DISMISSED WITH PREJUDICE**, each party to bear her or its own costs and attorneys' fees.

    Dated:  June 1, 2006

                              BY THE COURT:

                              s/ Wiley Y. Daniel
                              Wiley Y. Daniel
                              U. S. District Judge